# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES J. BENSLAY,<br><br>    Plaintiff,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>    Defendant. | Case No. 1:19-cv-00520-JRS-TAB<br><br>Honorable Judge James R. Sweeney, II<br><br>Honorable Magistrate Tim A. Baker |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff CHARLES J. BENSLAY, and the Defendant, MIDLAND CREDIT MANAGEMENT, INC., through their respective counsel, that the above-captioned action shall be and hereby is dismissed, on the merits and with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 17, 2019

**CHARLES J. BENSLAY**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

Respectfully Submitted,

**MIDLAND CREDIT MANAGEMENT, INC.**

/s/ Brandon S. Stein (*with consent*)
Brandon S. Stein
*Counsel for Defendant*
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone:  (312) 704-3000
bstein@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                     s/ Nathan C. Volheim_____
                                                     Nathan C. Volheim